<u>Case No. 22-2119</u>

UNITED STATES COURT OF APPEALS
<u>FOR THE SIXTH CIRCUIT</u>

ROBERT PARKER; PAUL ADAMS

Plaintiffs-Appellees

v

BATTLE CREEK PIZZA, INC.; KEVIN HERSHOCK; DOE CORPORATIONS 1-10; JOHN DOES, 1-10

Defendants-Appellants

Appeal from the United States District Court
Western District of Michigan
<u>Case No. 1:20-cv-00277</u>

**<u>MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS' REPLY BRIEF ON APPEAL</u>**

NOW COME Defendants-Appellants Battle Creek Pizza, Inc., Kevin Hershock, Doe Corporations 1-10 and John Does 1-10 ("Defendants"), by and through their undersigned counsel, and hereby request this Court extend the time for filing Defendants' reply brief on appeal, pursuant to Sixth Cir. R. 26(a), for fourteen (14) days, from July 14, 2023 to July 28, 2023 stating as follows:

1.     The undersigned counsel, Jeffrey C. Gerish, is principally in charge of preparing and writing the reply brief on appeal which is currently due on July 14, 2023.

2. The instant request for an extension of time is the result of the undersigned attorney's work schedule and a pre-planned vacation.

3. In particular, undersigned counsel is/was principally responsible for: a brief on appeal in *Brown v. Rockford Commercial Property Management, LLC,* Court of Appeals Docket No. 364819, due on June 28, 2023; a brief on appeal in *Howe v. C&S Motors, Inc,* Court of Appeals Docket No. 364777, due on July 4, 2023; an application for leave to appeal in *Aldrich v. Sugar Springs Property Owners Association, Inc.,* L.C. Docket No. 20-10521-CH, due on July 4, 2023; a reply brief on appeal in *Taieb v. Pharmaco, Inc,* Court of Appeals Docket No. 362380, due on July 11, 2023; a brief on appeal in *Awad v. AmGuard Insurance Company,* Wayne County Circuit Court Docket No. 23-003984-AV, due on July 13, 2023; a brief on appeal in *Patterson v. St. Joseph Mercy Hospital, et al*, Court of Appeals Docket No. 364469, due on July 14, 2023; a supplemental brief in *El-Jamaly v. Oerlikon Metco (US), Inc., et al,* Supreme Court No. 164902, due on July 21, 2023; and a brief on appeal in *Moreland Property Services, LLC v. JJ Development, Inc., et al,* Court of Appeals Docket No. 363581, due on July 25, 2023.

4. Counsel also has a family vacation scheduled for July 3, 2023, through July 7, 2023.

5. Consequently, counsel is unable to complete the brief in this matter in time to have it filed on July 14, 2023. Counsel seeks a 14-day extension of time, to July 28, 2023.

6. This motion is not interposed for reasons of delay or any other unjust purpose. No party will be prejudiced by the requested extension of time.

WHEREFORE, Defendants-Appellants respectfully request that the Court grant their motion and extend the due date of their brief to **July 28, 2023**.

                                        Respectfully submitted,

                                        PLUNKETT COONEY

                            By: s/Jeffrey C. Gerish
                                        Jeffrey C. Gerish
                                        Attorney for Defendants-Appellants
                                        38505 Woodward Ave., Suite 100
                                        Bloomfield Hills, MI 48304
DATED: June 29, 2023              (248) 901-4031

Case No. 22-2119

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ROBERT PARKER; PAUL ADAMS

Plaintiffs-Appellees

v

BATTLE CREEK PIZZA, INC.; KEVIN HERSHOCK; DOE CORPORATIONS 1-10; JOHN DOES, 1-10

Defendants-Appellants

Appeal from the United States District Court
Western District of Michigan
Case No. 1:20-cv-00277

**CERTIFICATE OF SERVICE**

Jeffrey C. Gerish, attorney with the law firm of Plunkett Cooney, hereby certifies that on June 29, 2023, he caused a copy of this document to be served upon all parties of record, and that such service was made electronically upon each counsel of record so registered with the United States Court of Appeals for the Sixth Circuit and via U.S. Mail to any counsel, or *In Pro Per* parties not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

PLUNKETT COONEY

By: <u>s/Jeffrey C. Gerish</u>
JEFFREY C. GERISH
Attorney for Defendants-Appellants
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
(248) 901-4031

Open.28076.01926.31352267-1