**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 29, 2023

Mr. Andy Biller
Ms. Laura Farmwald
Mr. Jeffrey Charles Gerish
Ms. Emily Hubbard
Mr. Patrick C. Lannen
Mr. Matthew Wessler

Re: Case No. 22-2119, *Robert Parker, et al v. Battle Creek Pizza, Inc., et al*
Originating Case No. : 1:20-cv-00277

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **July 28, 2023**.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079