**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 23, 2023

Mr. Jeffrey Charles Gerish
Plunkett Cooney
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304

Mr. Matthew Wessler
Gupta Wessler
2001 K Street, N.W., Suite 850, N.
Washington, DC 20006

Ms. Lauren Suzanne Kuley
Squire Patton Boggs
201 E. Fourth Street, Suite 1900
Cincinnati, OH 45202

Re: Case Nos. *22-2119  Robert Parker, et al v. Battle Creek Pizza, Inc., et al*
*22-3561 Michael Bradford v. Team Pizza Inc, et al.*
Originating Case No. : 1:20-cv-00277 & 1:20-cv-00060

Dear Counsel:

In light of the Court's consolidation order issued this day, the cases noted above, which were previously set to be argued separately, have been consolidated for the purpose of oral argument and will be argued as a single argument.

The time allotted for oral argument has been modified to: **15 Minutes to be shared by the Plaintiffs; 15 Minutes to be shared by the Defendants**.

Please contact me directly should you have any questions or concerns.

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy

cc:

Mr. Andy Biller
Ms. Kathleen McLeod Caminiti
Ms. Linnet Rose Davis-Stermitz
Ms. Laura Farmwald
Ms. Jessica Garland
Mr. Shams Hanif Hirji
Ms. Emily Hubbard
Mr. Andrew Paul Kimble
Mr. Matthew R. Korn
Mr. Patrick C. Lannen

Mr. Steven Loewengart
Mr. Todd Lundell
Ms. Emily Papania
Ms. Ellen Hope Phillips
Ms. Nora K. Stilestein
Mr. John Hagood Tighe
Mr. Christopher J. Walker